**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**(EASTERN DIVISION)**

| | | |
|---|---|---|
| SANDRA HELMICK, | ) | CASE NO. _____ |
| | ) | |
| Plaintiff, | ) | JUDGE _____ |
| | ) | |
| -v- | ) | |
| | ) | **NOTICE OF REMOVAL** |
| TRACTOR SUPPLY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, Tractor Supply Company ("Defendant") files this Notice of Removal to this Court of an action pending against it in the Court of Common Pleas, Stark County, Ohio.  Removal is based on the following grounds:

1.  On or about October 7, 2025, Plaintiff Sandra Helmick ("Plaintiff") commenced an action against Defendant in the Court of Common Pleas, Stark County, Ohio (the "State Action"). That action bears the same title as the above caption and is docketed in the Court of Common Pleas, Stark County, Ohio as Case No. 2025CV02176.

**TIMELY REMOVAL**

2.  On October 17, 2025, Defendant was served with copies of the Summons and the Complaint.  Copies of the Summons and Complaint served on Defendant are attached as **Exhibit A.**

3.  **Exhibit A** constitutes all pleadings filed in the State Action.

4.  This Notice of Removal is being filed within 30 days of service of the Summons and the Complaint on Defendant, and therefore it is timely filed pursuant to 28 U.S.C. § 1446(b).

**FEDERAL QUESTION JURISDICTION**

5.  Defendant is entitled to remove this action to this Court under 28 U.S.C. § 1441 because this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 as certain of the claims asserted in the Complaint arise under the laws of the United States.

6.      The Complaint alleges disability discrimination in Violation of the ADA (Count I); disability discrimination in violation of Ohio R.C. § 4112/02(A) (Count II); and retaliation in violation of the ADA (Count III).

## DIVERSITY JURISDICTION

7.      Plaintiff is a resident of Ohio.  (Complaint ¶ 1.)

8.      Defendant is a Delaware corporation with its principal place of business located in Brentwood, Tennessee.

9.      Plaintiff seeks an unspecified amount of damages, including prejudgment and post judgment interest; loss of past and future income, wages, compensation and benefits of employment; compensation for mental anguish and emotional distress; compensation for harm to professional and personal reputation; punitive damages; costs and attorneys' fees.  (*See*, Complaint, Demand for Relief, p. 9).

10.      Although Defendant disputes liability in this matter, Plaintiff's damages alleged in the Complaint surpass the $75,000 threshold.

11.      Accordingly, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because of the diversity of citizenship between the parties and because it is more likely than not that the amount in controversy exceeds $75,000, exclusive of interest and costs.

## VENUE

12.      Venue is proper in this district because Stark County is within this federal district.

## NOTICE

13.      Promptly after the filing of this Notice, Defendant will serve written notice of this removal on all parties and file a copy of this Notice of Removal with the Clerk of the Court of the Court of Common Pleas, Stark County, Ohio.  A copy of the Notice of Filing Notice of Removal is attached as **Exhibit B.**

WHEREFORE, Defendant respectfully requests that this action be removed to this Court.

Respectfully submitted,

/s/ Rose Marie L. Fiore
Rebecca J. Bennett (0069566)
Rose Marie L. Fiore (0065243)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
rebecca.bennett@ogletree.com
rosemarie.fiore@ogletree.com

*Attorneys for Defendant*
*Tractor Supply Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 10, 2025, a copy of the foregoing **Notice of Removal** was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  A copy of the foregoing was also sent via email to:

> Chris P. Wido (0090441)
> SPITZ, THE EMPLOYEE'S ATTORNEY
> 3 Summit Park Drive, Suite 200
> Independence, Ohio 44131
> chris.wido@spitzlawfirm.com
>
> *Attorney for Plaintiff*

> <u>/s Rose Marie  L. Fiore</u>
> Rose Marie L. Fiore (0065243)
> *One of the Attorneys for Defendant*